UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HENRY SAUNDERS**     )<br>    **Plaintiff**             )<br>                               )<br>v.                            )<br>                               )<br>**CREDIT PROTECTION ASSOCIATION, LP** )<br>    **Defendant**          )<br>                               ) | CIVIL CASE NO.:<br><br>JURY TRIAL DEMANDED<br><br><br><br>DECEMBER 28, 2011 |

    1.  This is a suit brought under the Fair Debt Collection Practices Act.

    2.  Plaintiff, Henry Saunders, is a natural person residing in West Haven, Connecticut.

    3.  The defendant, Credit Protection Association, LP ("CPA"), is a Texas limited partnership that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

    4.  This Court has jurisdiction over CPA because it engages in debt collection within Connecticut.

    5.  Venue in this Court is proper, because the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

    6.  In or around November 2011, Plaintiff received a letter from CPA dated November 8, 2011. This letter is attached as Exhibit A.

    7.  The letter attempted to collect a debt on a Comcast account that was closed in 1999.

    8.  The letter stated that "if this account is not settled, your name and account number will be reported to credit bureaus throughout the country."

9. On November 28, 2011, the Plaintiff's attorney sent a letter, by facsimile, to CPA advising that he represented the Plaintiff in connection with the claimed debt.

10. On November 30, 2011, after CPA received the facsimile, it mailed another collection letter directly to Plaintiff.

11. The letter attempted to collect the same debt as the previous letter and stated that "Credit Protection and Comcast will now report your name and the amount owed to the national credit bureaus as due and unpaid."

12. CPA has violated the Fair Debt Collection Practices Act by making false and deceptive statements.

13. Specifically, even if Plaintiff owed the claimed debt, which Plaintiff has no means of determining, the account does not appear on his consumer report and cannot be reported, because it would have gone into default more than seven years ago and cannot legally be reported under the Fair Credit Reporting Act.

14. Accordingly, CPA's threats to report the account were deceptive and unfair.

15. Additionally, CPA acted unfairly and abusively by continuing to contact Plaintiff after its receipt of notice of legal representation.

PLAINTIFF, HENRY SAUNDERS

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax. (860) 571-7457

2