# EXHIBIT A

# COLLECTION NOTICE
## AVISO IMPORTANTE DE COBRO
### ASSOCIATION L.P.

| | | |
|---|---|---|
| November 8, 2011<br>01-011040<br>217818-3<br>01648758704<br>Henry Saunders | Service balance: $62.63<br>Total Amount Due: $62.63 | 4002-0037<br>01648758704 |

#BWNFMBY *******ALL FOR AADC 064
#01648758704#

Remit to:

Henry Saunders
Apt 2
793 Savin Ave
West Haven, CT 06516-4330

Comcast
1495 Nw Britt Rd
Stuart FL 34994-9296

02 01011040 00000000001648758704 0006263 2

---

FOLD TEAR AND RETURN ABOVE PORTION WITH YOUR PAYMENT
**ALWAYS PROTECT YOUR CREDIT RATING**

**Creditor:** Comcast
**Account #:** 01-011040-217818-3-00
**Reference #:** 01648758704

**Toll Free** (800) 255-6775
**Your SSN #** XXX-XX-4163
**Balance Due:** $62.63
4002-0037

November 8, 2011

Dear Henry Saunders:

Comcast has informed us that no payment or arrangement was made to settle your overdue account in the amount of $62.63. Be advised that the thirty (30) day validation period discussed in our first letter concerning the validity of your debt will pass within the next three (3) weeks. If you do not seek validation, we will assume that your debt is valid at the end of that period. If this account is not settled, your name and account number will be reported to credit bureaus throughout the country.

Credit Protection Association is a professional collection agency retained by thousands of cable systems nationwide and is authorized to take all appropriate steps to collect this debt.

To insure proper credit, include the top portion of this letter with your payment. If payment has already been made, please contact Comcast.

For your convenience, Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or Web 24-hours a day, 7 days a week, through our Automated Payment System. To use our system, please call us at 1 (800) 418-8144 or visit www.paycpa.com. Please have your 11 digit reference number 01648758704 available.

Cash payments may be made through MoneyGram's Express Payment Service at any MoneyGram location nationwide. Credit Protection Association's four (4) digit MoneyGram receive code is 5040. Check your local Wal-Mart for payment locations or visit www.moneygram.com.

**Please see reverse side for important information!**

| THIS IS AN ATTEMPT TO COLLECT A DEBT | HERE'S HOW TO PAY<br>* Call 1 (800) 418-8144<br>* Visit www.paycpa.com<br>* Return your payment and coupon through the mail | WE ACCEPT<br>* Check<br>* MoneyGram Express Payment™<br>* Visa® and MasterCard®<br>* Money Order |
|---|---|---|

© 1977-2011 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.