UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY SAUNDERS )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>CREDIT PROTECTION ASSOCIATION, L.P. )<br>    Defendant )<br>_____) | CASE NO.:<br>3:11-CV-2018-VLB<br><br><br><br><br><br>APRIL 25, 2012 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Henry Saunders, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        PLAINTIFF, HENRY SAUNDERS

        By: /s/Daniel S. Blinn_____
            Daniel S. Blinn, Fed Bar No. ct02188
            dblinn@consumerlawgroup.com
            Consumer Law Group, LLC
            35 Cold Spring Rd., Suite 512
            Rocky Hill, CT  06067
            Tel. (860) 571-0408; Fax (860) 571-7457

### CERTIFICATION

I hereby certify that on this 25th day of April, 2012, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/Daniel S. Blinn
        Daniel S. Blinn